STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WARREN L. CLARK, DEFENDANT-PETITIONER.

*Mr. Paul Bangiola* and *Mr. Sheldon M. Simon* for the petitioner.

*Mr. Charles M. Egan, Jr.,* and *Mr. Daniel R. DelMonte* for the respondent.

October 1, 1968. Granted.

THE TOWNSHIP OF HOPEWELL, *ET AL.,* v. DAVID J. GOLD-
BERG, COMMISSIONER, *ETC., ET AL.,* DEFENDANTS-
RESPONDENTS.

*Mr. Edward B. Meredith, Messrs. Spritzer & Spritzer* and *Mr. Joseph Stevens* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. David A. Biederman* for the respondents.

October 1, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
ANGELO GEORGE ORLANDO, DEFENDANT-RESPONDENT.

*Mr. Vincent P. Keuper* and *Mr. Thomas L. Yaccarino* for the petitioner.

*Messrs. Abramoff, Apy & O'Hern* for the respondent.

October 1, 1968. Denied.